1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   KAITLYN MURPHY, State Bar #293309
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3859 [Baumgartner]
   Telephone:     (415) 554-3867 [Murphy]
7  Facsimile:     (415) 554-3837
   E-Mail:        margaret.baumgartner@sfcityatty.org
8  E-Mail:        kaitlyn.murphy@sfcityatty.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO,
   VICKI HENNESSY; MATHEW FREEMAN,
11 PAUL MIYAMOTO; JASON JACKSON, AND
   SGT. DOLLY
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15
   FABIAN JOHNSON, MATHEW RABBITT,         Case No. 3:18-cv-04890-JCS
16 TRAVIS ROSETTE, et al,                  Related Case No. 18-cv-06155 JCS
                                           Related Case No. 18-cv-04857 JCS
17         Plaintiffs,

18         vs.                             **DECLARATION OF KAITLYN MURPHY IN
                                           SUPPORT OF PLAINTIFFS' UNOPPOSED
19 CITY AND COUNTY OF SAN                  NOTICE AND MOTION FOR PRELIMINARY
   FRANCISCO; SAN FRANCISCO SHERIFF        APPROVAL OF CLASS ACTION
20 VICKI HENNESSY; UNDER SHERIFF           SETTLEMENT**
   MATHEW FREEMAN; CHIEF DEPUTY
21 SHERIFF PAUL MIYAMOTO; CAPTAIN
   JACKSON; SERGEANT DOLLY and DOES
22 1-25,

23         Defendants.

24
   CANDIDO ZAYAS, RUBEN SOTO,
25 ALFREDO RUIZ, JOSE POOT, MILTON
   LECLAIRE, NIGEL HENRY, ROBERT
26 DOMINGUEZ, and MATTHEW BRUGMAN
   on behalf of themselves individually and others
27 similarly situated, as a class and Subclass,

28         Plaintiffs,

vs.

SAN FRANCISCO COUNTY SHERIFF'S
DEPARTMENT, CITY AND COUNTY OF
SAN FRANCISCO, SAN FRANCISCO
SHERIFF VICKI HENNESSEY; UNDER
SHERIFF MATHEW FREEAN; CHIEF
DEPUTY SHERIFF PAUL MIYAMOTO;
CAPTAIN JASON JACKSON, SARGEANT
DOLLY and John & Jane DOEs, Nos. 1 - 50,

   Defendants.

DIONN NOVELL TAYLOR,

   Plaintiff,

   vs.

SAN FRANCISCO COUNTY JAIL, S.F.
UNDERSHERIFF VICKI HENNESSY, S.F.
SHERIFFS CAPTAIN JACKSON, S.F.
SHERIFFS SERGEANT MILLER, S.F.
SHERIFFS SERGEANT DOLLY ,

   Defendants.

## <u>DECLARATION OF KAITLYN MURPHY</u>

I, KAITLYN MURPHY, declare as follows:

1.     I am an attorney and counsel of record for Defendants in the above-referenced actions.
Except where otherwise indicated, the following facts are known to me personally, and if called upon
as a witness, I would testify to them competently.

2.     I submit this declaration in support of Plaintiffs' Unopposed Notice and Motion For
Preliminary Approval of Class Action Settlement.

3.     In late January 2020, the parties in the above-referenced actions reached an agreement
in principle regarding settlement of these claims, including settlement of the class claims
memorialized in a proposed Full and Final Release (the "agreement"). This agreement is contingent on
resolution of all three matters. In addition to the Court's approval of the class action settlement in
Zayas, the agreement is also conditional on the approval of the named parties. For Defendants, the

following events are express conditions precedent to the validity and enforceability of this agreement: approval of the agreement and release by the Board of Supervisors by formal adoption of an Ordinance authorizing the Agreement followed by approval by the Mayor. That approval process is underway, but not yet complete. For the named Plaintiffs, the approval process requires signed copies of the release from all named Plaintiffs. Defendants have not yet received signed releases from any plaintiff.

4.      Attached hereto as **Exhibit A** is a true and correct copy and the draft Full and Final Release that has been circulated to the parties in this action.


I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on April 29, 2020 in Berkeley, California.

*__/s/ Kaitlyn Murphy__*
KAITLYN MURPHY


*__Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.__*

# EXHIBIT A

# **FULL AND FINAL RELEASE**

Case Names and Nos.
:            *Johnson et al. v. City and County of San Francisco, et al.,* U.S.D.C. Case No. 18-cv-04890 JCS
            *Zayas, et al. v. City and County of San Francisco, et al.,* U.S.D.C. Case No. 18-cv-06155 JCS
            *Taylor v. City and County of San Francisco, et al.,* U.S.D.C. Case No. 18-cv-4857 JSC

FOR GOOD AND VALUABLE CONSIDERATION, in the amount of $2,100,000 (two million on hundred thousand and 00/100 Dollars) (the "SETTLEMENT AMOUNT"), the sufficiency of which is hereby admitted and acknowledged, plaintiffs, individually and on behalf of their heirs, domestic partners, executors, administrators, and assigns, if any (hereinafter referred to individually and collectively as "RELEASORS"), hereby agree to fully and forever release and discharge the City and County of San Francisco, together with its elective and/or appointive boards, agents, servants, employees, consultants, departments, commissioners, and officers (hereinafter referred to individually and collectively as "SAN FRANCISCO"), from any and all claims, actions, causes of action, liabilities, damages, demands, attorneys' fees, expenses and costs (including without limitation court costs) of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, which have existed or may have existed, or which do exist, or which hereafter shall or may exist, and which (1) are alleged or set forth or attempted to be set forth in the pleadings on file in that certain consolidated actions entitled "Johnson et al. vs. City and County of San Francisco, et al." being Action No. 18-cv-04890 JCS, "Zayas et al. vs. City and County of San Francisco, et al." being Action No. 18-cv-6155 JCS, and "Taylor v. City and County of San Francisco, et al.," U.S.D.C. Case No. 18-cv-4857 JSC on the records of the United States District Court for the Northern District of California (hereinafter referred to collectively as the "ACTION"), or (2) arise out of or are in any way related to any of the transactions, occurrences, acts or omissions set forth or alleged in any of the pleadings in the Action (hereinafter referred to collectively as the "CLAIMS").

RELEASORS represent and warrant that they have not assigned or transferred, or agreed to assign or transfer, or attempted to assign or transfer, to any third party or entity (including without limitation any insurer) any interest in any of the CLAIMS. RELEASORS agree to defend, indemnify and hold harmless SAN FRANCISCO against any loss, expense or liability, including without limitation reasonable attorneys' fees, arising from any breach of the foregoing.  Furthermore, in the event that SAN FRANCISCO learns that RELEASORS have breached this warranty, SAN FRANCISCO may, at its sole option, elect to rescind this Full and Final Release, in which case RELEASORS shall immediately remit to SAN FRANCISCO the SETTLEMENT AMOUNT, plus interest accruing thereon at a rate of ten percent per year, compounded monthly, from the date of payment thereof.

RELEASORS represent and warrant that either (a) there are no liens, including without limitation any medical reimbursement, unemployment or disability compensation liens, but excluding restitution requirements, in existence which may attach to the SETTLEMENT AMOUNT or to any recovery paid to RELEASORS pursuant to the ACTION, or (b) to the extent there are any such liens, RELEASORS will pay and retire all such liens out of the SETTLEMENT AMOUNT.  RELEASORS agree to defend,

indemnify and hold harmless SAN FRANCISCO against any and all claims by any person or entity purporting to hold any lien, interest, or other claim, whether for medical care, unemployment and/or disability compensation, attorneys' fees, or otherwise, involving RELEASORS and arising in connection with any of the CLAIMS.

In reaching a settlement of the CLAIMS resulting in the execution of this RELEASE, RELEASORS and SAN FRANCISCO have considered and sought to protect the interests of the Centers for Medicare and Medicaid Services ("CMS"), the federal agency that runs Medicare.  RELEASORS agree that the medical care received for any physical injury claimed by the plaintiffs in this case was provided by the City and County of San Francisco's Jail Medical System at the City's cost and thus is not subject to medicare reimbursement procedures.  RELEASORS and RELEASORS' counsel agree to defend, indemnify and hold harmless SAN FRANCISCO against any and all claims arising out of or related to the terms of this paragraph, including without limitation, any claims by CMS.  RELEASORS and COUNSEL FOR RELEASORS further agree to indemnify and forever hold harmless SAN FRANCISCO and its attorneys from any loss, liability, or claim of any kind, past or present, or claims for future care, arising out of the ACTION and occasioned by any lien, rights or obligations of any character whatsoever, including but not limited to those created by Federal or State statutes, for liens arising under Medicare.

RELEASORS certify that they have read Section 1542 of the California Civil Code, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

RELEASORS hereby waive application of Section 1542 of the Civil Code. RELEASORS understand and acknowledge that, as a consequence of this waiver of Section 1542, even if RELEASORS should eventually suffer additional or further loss, damages or injury arising out of or in any way related to any of the events which gave rise to the CLAIMS, or any of them, RELEASORS will not be permitted to make any further claims against SAN FRANCISCO to recover for such loss, damages or injury. RELEASORS acknowledge that they intend these consequences even as to claims for personal injury or property damage that may exist as of the date of this Full and Final Release but which RELEASORS do not know exist, and which, if known, would materially affect RELEASORS' decision to execute this Full and Final Release, regardless of whether RELEASORS' lack of knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

RELEASORS acknowledge that, in executing this Full and Final Release, they are acting on their own, independent judgment informed by their legal counsel. RELEASORS acknowledge having read this Full and Final Release and having been advised by their attorney as to its meaning and effect.  RELEASORS acknowledge and warrant that their execution of this Full and Final Release is free and voluntary. RELEASORS further represent and warrant that, at the time they executed this Full and Final Release, they were not in the period of first physical confinement, whether as an inpatient or outpatient, in a clinic or health facility (as defined in Sections 1203 and 1250 of the Health and Safety Code) as a result of the injury alleged to have given rise to any

of the CLAIMS, and that as a result Business and Professions Code section 6152(b) cannot be used to invalidate this Full and Final Release.

RELEASORS acknowledge that this Full and Final Release contains and constitutes the entire agreement between RELEASORS and SAN FRANCISCO with respect to the CLAIMS.  The terms of this Full and Final Release are contractual and not a mere recital.  RELEASORS acknowledge that SAN FRANCISCO has made no representations, express or implied, to induce RELEASORS to enter into this Full and Final Release, other than as expressly set forth herein.

No aspect of this Full and Final Release or the settlement which led to it is intended to be nor at any time shall be construed, deemed, or treated in any respect as an admission by SAN FRANCISCO of liability for any purpose.  It is expressly understood by RELEASORS that this Full and Final Release does not constitute an admission of the truth or accuracy of any of the allegations made in the complaint on file in the ACTION or of liability for any of the CLAIMS, and that SAN FRANCISCO expressly denies the allegations made in the complaint, as more fully set forth in the answer or other responsive pleadings on file in the ACTION.

If any of the provisions of this Full and Final Release or the application thereof is held to be invalid, its invalidity shall not affect any other provision or application of this Full and Final Release to the extent that such other provision or application can be given effect without the invalid provision or application, and to this end, the provisions of this Full and Final Release are declared and understood to be severable; provided, however, that should a court of competent jurisdiction hold that RELEASORS are entitled to sue SAN FRANCISCO upon any of the CLAIMS, and should RELEASORS bring or join in such a suit, then RELEASORS shall immediately remit to SAN FRANCISCO the SETTLEMENT AMOUNT, plus interest thereon accruing at a rate of ten percent per year, compounded monthly, from the date of payment thereof.

RELEASORS understand and acknowledge that both RELEASORS and SAN FRANCISCO shall bear their own legal expenses and costs incurred in connection with prosecuting or defending against the ACTION and any of the CLAIMS.

This Full and Final Release and the settlement which led to it have been fully negotiated with the assistance of counsel and should not be construed more strictly against one party than another.

This Full and Final Release may be executed in multiple counterparts, all of which counterparts shall be deemed originals.

APPROVED AS TO FORM:

Dated:                                                  Law Office of Yolanda Huang


_____

Yolanda Huang, Attorney for *Zayas* Releasors and Dion Taylor

Dated:                                                  Law Office of Stanley Goff


_____

Stanley Goff, Attorney for *Johnson* Releasors

Dated:                                                  Law Office of Fulvio Cajina


_____

Fulvio Cajina, Attorney for *Johnson* Releasors


Dated: _____          _____

Margaret W. Baumgartner
Deputy City Attorney

AGREEMENT OF FULL AND FINAL RELEASE:

Dated: _____

_____
Nicolas Adelman a.k.a. Nicholas Addleman

Dated: _____

_____
Patrick Alba-Crocker

Dated: _____

_____
Michael Alexis

Dated: _____

_____
Jesse Ali

Dated: _____

_____
Akai Allen Sr.

Dated: _____

_____
Dontae Allen

Dated: _____

_____
Jaun-Carlos Alvarez

Dated: _____

_____
Andre Alverty

Dated: _____

_____
Lawrence Anderson

Dated: _____

_____
David Archer

Dated: _____

_____
Jamar Babers

Dated: _____

_____
Christopher Bailey

Dated: _____

_____
Ryan Baker

Dated: _____

_____
Tyrell Baldwin

Dated: _____

_____
De'lon Barker a.k.a. Delon Barker

Dated: _____

_____
Joseph Barnett

Dated: _____  _____
                                              Khalid Barrow

Dated: _____  _____
                                              Jason Edward Bell

Dated: _____  _____
                                              Harry Benton

Dated: _____  _____
                                              Deshawn Blake

Dated: _____  _____
                                              Edward Blanche III

Dated: _____  _____
                                              Tommy Boggs

Dated: _____  _____
                                              Michael Boyle

Dated: _____  _____
                                              Elijah Brandon

Dated: _____  _____
                                    Michael Brown, individually and on behalf of the
                                                          class

Dated: _____  _____
                                              Richard Terron Brown

Dated: _____  _____
                                          Ty-Rell Brown a.k.a. Tyrell Brown

Dated: _____  _____
                                  Matthew Brugman, individually and on behalf of
                                                        the class

Dated: _____  _____
                                              Silas Omari Bryant

Dated: _____  _____
                                              Darrell Buckins

Dated: _____  _____
                                              Don Jaun Burrell

Dated: _____  _____
                                              Cory Butler

Dated: _____        _____
                                            Armando Carlos

Dated: _____        _____
                                            Vernon Carmichael

Dated: _____        _____
                                            Roman Carrasco

Dated: _____        _____
                                            Anthony Carrion

Dated: _____        _____
                                            Jose Fernandez Catala

Dated: _____        _____
                                            Michael Cavness

Dated: _____        _____
                              Jesse Chamberland a.k.a. Jesse James Chamberlin

Dated: _____        _____
                                            Teryll Chaplin

Dated: _____        _____
                                            Ben Chase

Dated: _____        _____
                              Deshun Jamal Cobia-Augman a.k.a. Deshawn
                                            Cobia-Augman

Dated: _____        _____
                                            Darious Cole

Dated: _____        _____
                                            Leonard Colvin

Dated: _____        _____
                                            Louis Conceicao

Dated: _____        _____
                              Justin Cooper a.k.a. Justin Cooper or Justin L.
                                            Cooper

Dated: _____        _____
                                            Crazy Bull a.k.a. Teo CrazyBull

Dated: _____        _____
                                            Danty Curry a.k.a. Dante Curry

Dated: _____            _____
                                            Temu Curry

Dated: _____            _____
                                            Andre Dangerfield

Dated: _____            _____
                                            Mark Dascenzo

Dated: _____            _____
                                            James Davenport

Dated: _____            _____
                                            Mark Dennis

Dated: _____            _____
                                            Antoine DeWhitt

Dated: _____            _____
                                    Ralph Dominguez a.k.a Roger Dominguez,
                                     individually and on behalf of the class

Dated: _____            _____
                                            LaCarl Dow

Dated: _____            _____
                                            Jihad Earl

Dated: _____            _____
                                            Peter Elisary

Dated: _____            _____
                                    Justin Eliot a.k.a. Justin Elliot

Dated: _____            _____
                                            Reginald Elmore

Dated: _____            _____
                                            Alejandro Estevez

Dated: _____            _____
                                            Lee Farley

Dated: _____            _____
                                            Ray Farr

Dated: _____            _____
                                            Esau Ferdinand

Dated: _____          _____
                                                    Walter Ferretti

Dated: _____          _____
                                                    Travis Fields

Dated: _____          _____
                                                    Arthur D. Finch

Dated: _____          _____
                                                    James Flanagan

Dated: _____          _____
                                                    William Flubacher

Dated: _____          _____
                                                    Paul Frazier

Dated: _____          _____
                                                    Mathew Fredrickson

Dated: _____          _____
                                          Dana Gains a.k.a. Dana Gaines

Dated: _____          _____
                                                    Delonzo Gallon

Dated: _____          _____
                                   Edilberto Garcia a.k.a. Ediberto Garcia

Dated: _____          _____
                                                    Rene Garcia

Dated: _____          _____
                                                    Lance Gardner

Dated: _____          _____
                                                    Robert Gibson

Dated: _____          _____
                                                    Antonio Gilton

Dated: _____          _____
                                                    Barry Gilton

Dated: _____          _____
                                                    Clayton Gonzalez

Dated: _____          _____
                                                        Adrian Gordon

Dated: _____          _____
                                                        Korey Gray

Dated: _____          _____
                                                        Fred Green

Dated: _____          _____
                                                        Bryon Gross

Dated: _____          _____
                                                        Donell Guidry

Dated: _____          _____
                                                        Tyshaun Guillory

Dated: _____          _____
                                                        Michael Haga

Dated: _____          _____
                                                        Craig Hall

Dated: _____          _____
                                                        Henry Hall

Dated: _____          _____
                                                        Christopher Hardee

Dated: _____          _____
                                                        Monzell Harding

Dated: _____          _____
                                                        La Vondre Harper

Dated: _____          _____
                                                        Marshall Harris

Dated: _____          _____
                                                        Shelly Hart

Dated: _____          _____
                                                        Charles Heard

Dated: _____          _____
                                                        Nigel Henry, individually and on behalf of the
                                                        class

Dated: _____        _____
                                                         Victor Hernandez

Dated: _____        _____
                                                   Phillip Hill Jr. a.k.a. Phillip Hill

Dated: _____        _____
                                                    Raman Hill a.k.a. Raymon Hill

Dated: _____        _____
                                                              Rashaad Hill

Dated: _____        _____
                                                             Adrian Holden

Dated: _____        _____
                                                           Douglass Hughes

Dated: _____        _____
                                                             Derrick Hunter

Dated: _____        _____
                                                  James R Isham a.k.a. James Isham

Dated: _____        _____
                                                             Kevin Jackson

Dated: _____        _____
                                                            Marcel Jackson

Dated: _____        _____
                                                              Judd Janice

Dated: _____        _____
                                                           Russell Jefferson

Dated: _____        _____
                                                            Fabian Johnson

Dated: _____        _____
                                                            Joseph Johnson

Dated: _____        _____
                                                 Damion Jones a.k.a. Damien Jones

Dated: _____        _____
                                                               Jarel Jones

Dated: _____          _____
                                                Lavon Jones

Dated: _____          _____
                                                Travis Jones

Dated: _____          _____
                                                Samuel Jordan

Dated: _____          _____
                                                Melvin Junior

Dated: _____          _____
                                  Adrian K. Williams a.k.a. Adrian Williams

Dated: _____          _____
                                  Thomas Kaina Jr. a.k.a. Thomas Kaina

Dated: _____          _____
                                                Paul Keglar

Dated: _____          _____
                                  Pierre Kittress-Leaks a.k.a. Pierre Kittrell-Leaks

Dated: _____          _____
                                             Christopher Kjelson

Dated: _____          _____
                                                Billy Ladd

Dated: _____          _____
                                  Ronald Latney III a.k.a. Ronald Latney

Dated: _____          _____
                                               Antoine Lax

Dated: _____          _____
                                               Kem LeBlanc

Dated: _____          _____
                                  Milton LeClaire, individually and on behalf of the
                                                   class

Dated: _____          _____
                                             Devante Lindsey

Dated: _____          _____
                                            Fernando Madrigal

Dated: _____        _____
                                       Alexis Mencia a.k.a. Alexis Mancia

Dated: _____        _____
                                       Rudy Martinez

Dated: _____        _____
                                       Homer Matthews a.k.a. Homer Mathews

Dated: _____        _____
                                       Samaje McClure

Dated: _____        _____
                                       Winston McDonald

Dated: _____        _____
                                       Thomas McKay

Dated: _____        _____
                                       Richard McNeil

Dated: _____        _____
                                       Anthony Medina

Dated: _____        _____
                                       Hiubert Mendoza

Dated: _____        _____
                                       Richard Merrill

Dated: _____        _____
                                       Joseph Meyers a.k.a. Joseph Meyer

Dated: _____        _____
                                       Lamonte Mims

Dated: _____        _____
                                       Frank Mozeke

Dated: _____        _____
                                       John Norman

Dated: _____        _____
                                       Dejiah Northcut

Dated: _____        _____
                                       Michael O'Brian

Dated: _____          _____
                                                                 Michael Onate

Dated: _____          _____
                                                                 Sedredt D. Parmer

Dated: _____          _____
                                                                 Maurice Perry

Dated: _____          _____
                                                                 Shawn Pettway

Dated: _____          _____
                                                                 Joshua Pittman

Dated: _____          _____
                                          Jose Poot, individually and on behalf of the class

Dated: _____          _____
                                                                 Shaka Pope

Dated: _____          _____
                                                                 Rashad Preston

Dated: _____          _____
                                          Junior Pulou a.k.a. Pulou Junior Pulou

Dated: _____          _____
                                                                 Ricky Quarels

Dated: _____          _____
                                                                 Deandre Quinnine

Dated: _____          _____
                                                                 Matthew Rabbitt

Dated: _____          _____
                                                                 Joseph Ramirez

Dated: _____          _____
                                                                 Marcus Ransburg

Dated: _____          _____
                                                                 Gerald Reader

Dated: _____          _____
                                                                 Sedric Reynolds

Dated: _____          _____
                                                          Derell Richards

Dated: _____          _____
                                                          Troy Richardson

Dated: _____          _____
                                                          Derrium Riggins

Dated: _____          _____
                                                          Carey Paul Robertson

Dated: _____          _____
                                                          Damon Robinson

Dated: _____          _____
                                                          Sean Robinson

Dated: _____          _____
                                                          David Henry Rodriguez

Dated: _____          _____
                                                          Neville Roebuck

Dated: _____          _____
                                                          Travis Rosette

Dated: _____          _____
                                                          Joseph Rowe

Dated: _____          _____
                                               Alfredo Ruiz, individually and on behalf of the
                                                                        class

Dated: _____          _____
                                                    Jacques Samuel a.k.a Samuel Jacques

Dated: _____          _____
                                                          Miguel Sanchez

Dated: _____          _____
                                                          Jonathan Santos

Dated: _____          _____
                                                          Kenneth Scarborough

Dated: _____          _____
                                                    Larry Raymond Scarbrough

Dated: _____     _____
                                              Vincent Scott

Dated: _____     _____
                                              Leonard Seeley

Dated: _____     _____
                                              Marvin Sexten

Dated: _____     _____
                                              Dewayne Shelton

Dated: _____     _____
                                              Jullian Shoats

Dated: _____     _____
                                              Kareem Simms

Dated: _____     _____
                                              Anthony Sims

Dated: _____     _____
                                              Michael Smith

Dated: _____     _____
                                              Roland Smith

Dated: _____     _____
                                    Ruben Soto, individually and on behalf of the class

Dated: _____     _____
                                              Saer Sow

Dated: _____     _____
                                              Marvin Spencer

Dated: _____     _____
                                              Robert Steinmiller

Dated: _____     _____
                                              Bryan Stevens

Dated: _____     _____
                                              Eugene Stevens

Dated: _____     _____
                                              Antonio Stewart

Dated: _____          _____
                                    Walter Stokes III a.k.a. Walter Stokes

Dated: _____          _____
                                    Darnell Sullivan

Dated: _____          _____
                                    Dion Taylor a.k.a. Dionn Taylor, individually and
                                    on behalf of the class

Dated: _____          _____
                                    Dontae Taylor

Dated: _____          _____
                                    Bernard Thomas Jr. a.k.a. Bernard Thomas

Dated: _____          _____
                                    Craig Thomas

Dated: _____          _____
                                    Isaiah Thompson-Bolden

Dated: _____          _____
                                    Keil Thurmon

Dated: _____          _____
                                    Nicholas Tiller

Dated: _____          _____
                                    Geoffrey Tobias

Dated: _____          _____
                                    Terrance Turner

Dated: _____          _____
                                    Greg Valentine

Dated: _____          _____
                                    Jesse Ray Vaughn

Dated: _____          _____
                                    Robert Vella

Dated: _____          _____
                                    Louise Villareal

Dated: _____          _____
                                    Cameron Vincent

Dated: _____     _____
                                              Charles Walker

Dated: _____     _____
                                              Frank Wallace

Dated: _____     _____
                                              MC Ward

Dated: _____     _____
                                              Antoine Washington

Dated: _____     _____
                                              Terrence Watkins

Dated: _____     _____
                                              Henry White

Dated: _____     _____
                                              Eddie Whitfield

Dated: _____     _____
                                              Alfonzo Williams

Dated: _____     _____
                                              Morzell Willis

Dated: _____     _____
                                              Lewis Wingfield

Dated: _____     _____
                                  Derick Woods a.k.a. Dereik D Woods a.k.a. Derrick
                                                          Woods

Dated: _____     _____
                                   Candido Zayas, individually and on behalf of the
                                                          class

Dated: _____     _____
                                              Dylan Zirpoli