STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

Attorneys for Fabian Johnson, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN JOHNSON, MATHEW RABBITT, TRAVIS ROSETTE, et al,<br>　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO SHERIFF VICKI HENNESSY; UNDER SHERIFF MATHEW FREEMAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JACKSON; SERGEANT DOLLY and DOES 1-25,<br>　　　Defendants. | Case No. 3:18-cv-04890-JCS (Johnson)<br><br>Related Case No. 18-cv-06155 JCS (Zayas)<br>Related Case No. 18-cv-04857 JCS (Taylor)<br><br>**RESPONSE**<br><br>Hearing Date:　May 29, 2020<br>Time:　　　　9:30 AM<br>Place:　　　　Courtroom G, 15th Floor<br>　　　　　　　450 Golden Gate Avenue<br>　　　　　　　San Francisco, CA 94102<br><br>Trial Date:　　Not set. |
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, ROBERT DOMINGUEZ, and MATTHEW BRUGMAN on behalf of themselves individually and others similarly situated, as a class and Subclass,<br>　　　Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO | |

1
**RESPONSE**
*Zayas, et al. v. San Francisco County Sheriff's Department et al.,*   United States District Court, Northern District of California, Case No.3:18-cv-06155

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50,<br>     Defendants. |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | DIONN NOVELL TAYLOR,<br>     Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO COUNTY JAIL, S.F. UNDERSHERIFF VICKI HENNESSY, S.F. SHERIFFS CAPTAIN JACKSON, S.F. SHERIFFS SERGEANT MILLER, S.F. SHERIFFS SERGEANT DOLLY ,<br>     Defendants. |

Both the *Zayas* and *Johnson* Plaintiffs reached a joint settlement in the amount of $2.1 million (the "Settlement Amount") with Defendant CITY AND COUNTY OF SAN FRANCISCO, et al. The *Johnson* Plaintiffs have identified a mistake in the *Zayas* Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Therein, the *Zayas* Plaintiffs state that the *Johnson* Plaintiffs' share of the Settlement Amount is $844,355. The correct amount is **$847,903.55** based on settlement negotiations the plaintiffs had amongst themselves and facilitated by Judge Jacqueline Scott Corley on April 6, 2020. Subject to the above amount being corrected in the *Zayas* Plaintiffs' moving papers, the *Johnson* Plaintiffs join in and do not oppose the *Zayas* Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Respectfully submitted,

**LAW OFFICE OF FULVIO F. CAJINA**

DATED:  May 15, 2020

\_\_\_*/s/ Fulvio F. Cajina*_____
FULVIO F. CAJINA
Attorney for Plaintiffs